

Steven M. Cordero

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-822-2231 | F: 212-905-6478

December 12, 2022

**VIA ECF**
Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

        Re: **Angela Brown., et al. v. Peregrine Enterprises, et al.**
             **Docket No. 22-2959**

Dear Ms. Wolfe:

      This firm represents Defendants-Appellants Peregrine Enterprises, Inc., dba Rick's Cabaret New York; RCI Entertainment (New York) Inc.; RCI Hospitality Holdings Inc., fka Rick's Cabaret International, Inc.; RCI Management Services; Eric Langan; and Ed Anakar in the above-referenced case. We write to respectfully request a deadline of February 20, 2023 for the filing of Defendants-Appellants' opening brief. This date is within 91 days after November 28, 2022, the filing date of Defendants-Appellants' filing of the Form D indicating that a transcript does not need to be ordered.

      Additionally, the undersigned notes that attorneys with this firm and primary counsel for Defendants-Appellants, Jeffrey A. Kimmel and M. Adil Yaqoob, have applied for admission to the Second Circuit and will be attending the CAMP conference in this case on behalf of Defendants-Appellants.

Respectfully Submitted,

*/s/ Steven M. Cordero*
Steven M. Cordero
Partner
For the Firm

cc:    All counsel of record attorney (via ECF)

akerman.com